UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VANESSA BORSODI,

    Plaintiff,

vs.                                CASE NO. 8:15-cv-00803-RAL-MAP

ALLIED INTERSTATE, LLC,

    Defendant.
_____/

## NOTICE OF LIMITED APPEARANCE

**To the clerk of court and all parties of record:**

Sean P. Cronin of the Stanton Cronin Law Group, PL gives notice that I am admitted or otherwise authorized to practice in this court, and I appear in this case in the limited capacity as counsel for Defendant Allied Interstate, LLC with respect to the service of certain third-party subpoenas by Defendant, and hereby request that I receive copies of all further pleadings and papers filed in this matter relating to that issue.

                                Respectfully submitted,

                                /s/Sean P. Cronin
                                Sean P. Cronin
                                Florida Bar No.: 0412023
                                scronin@sclawyergroup.com
                                **STANTON CRONIN LAW GROUP, P.L.**
                                6944 West Linebaugh Ave., Suite 102
                                Tampa, Florida 33625
                                Telephone: (813) 444-0155
                                Facsimile: (813) 422-7955
                                *Limited Appearance Counsel for Allied Interstate LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on March 15, 2016, a true and correct copy of the foregoing Notice of Limited Appearance was served via CM/ECF to all parties participating in CM/ECF Electronic Noticing.

    /s/ Sean P. Cronin