Allied Interstate
335 Madison Ave
27th Floor
New York NY 10017

11-4-13

To whom it may concern
I dispute this debt, ALL your
Calls Are inconvenient, Please do Not
Contact me Again, in Anyway, Teguarding
this or Any other debt, Instead contact
My legal Representative W John Gadd
2727 Ulmerton Rd Suite 250
Clearwater Fl 33767

Thank you
V—yRd
Vanessa L Bosodi.
564 westview Rd
Largo Fl 33770

Formurly
Vanessa L. Batrett

EXHIBIT 4
Borsodi 000165

V Borsodi
5144 westview Rd
Largo Fl 33770

Allred Interstate
335 Madison Ave
27th Fl
New York NY 10017

EXHIBIT 4
Borsodi 000166