# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VANESSA BORSODI,

    Plaintiff,

v.                                              CASE NO.  8:15-cv-803-T-26MAP

ALLIED INTERSTATE, LLC,

    Defendant.

_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Defendant's Motion for Summary Judgment Pursuant to Rule 56 (Dkt. 23) is stricken pursuant to paragraph 6(g) of the Court's Case Management and Scheduling Order entered August 3, 2015, at docket 13, for failure to comply with paragraph 6(b) of that order.

**DONE AND ORDERED** at Tampa, Florida, on April 4, 2016.

                                  s/*Richard A. Lazzara*
                                  **RICHARD A. LAZZARA**
                                  **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record