# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VANESSA BORSODI,

    Plaintiff,

v.   CASE NO.  8:15-cv-803-T-26MAP

ALLIED INTERSTATE, LLC,

    Defendant.

                                 /

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** that the Defendant's Rule 60(b) Motion for Reconsideration and Leave to Supplement Motion for Summary Judgment (Dkt. 26) is **granted.** Defendant shall refile its motion for summary judgment, as supplemented, on or before **April 12, 2016.**

    **DONE AND ORDERED** at Tampa, Florida, on April 8, 2016.

                                       s/*Richard A. Lazzara*
                                    **RICHARD A. LAZZARA**
                                    **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record