UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

VANESSA BORSODI,

    Plaintiff,

v.                                                                     CASE NO.  8:15-cv-803-T-26MAP

ALLIED INTERSTATE, LLC,

    Defendant.

_____/

# O R D E R

The Court has been advised by **the Mediation Report (Dkt. 55)** that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  The clerk is directed to term any pending motions/deadlines and to **CLOSE** the file.

**DONE AND ORDERED** at Tampa, Florida, on August 1, 2016.

                                                      s/*Richard A. Lazzara*
                                                      **RICHARD A. LAZZARA**
                                                      **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record